LOUISE CHRISTMAN and Others, as Administratrices, etc., of JACOB WICKS, JR., Deceased, Respondents, v. RAE LEVINSON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEO SITTENBERG, Otherwise Called, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SALVATORE CAMPADOCCIA v. PANAMA RAILROAD COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of WILLIAM G. BROWN, as General Guardian, etc.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

UVALDE ASPHALT PAVING COMPANY v. THE CITY OF NEW YORK.— Motion to dismiss appeal denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of BARNEY B. JACOBS COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LAZAR GOLDFARB v. ANNA W. GOLDFARB.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ELIZA L. DE CLARK, as Administratrix, etc., v. FOREIGN PRODUCTS COMPANY, INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ARTHUR W. TEELE v. ISRAEL KATZ, Sued as ISAAC KATZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

OTTO A. SAMUELS v. HENRY MALKAN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

KATE C. MAHONEY v. ERNESTINE DABLE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MAX MAAG v. ALBERT T. OTTO & SONS, INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SUPERTONE TALKING MACHINE COMPANY, INC., v. MANUEL MANDEL and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.